v.

**The STATE of Texas, Appellee.**

No. 28162.

Court of Criminal Appeals of Texas.

March 14, 1956.

**Odis MATHIS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28164.

Court of Criminal Appeals of Texas.

March 14, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Upon his plea of guilty before the court, appellant was convicted of the offense of unlawfully selling an alcoholic beverage, to-wit, beer, in a dry area, on two separate counts, on each of which his punishment was assessed at a fine of $125, totaling $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.